IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

LARRY DEROSIER, FREDERICK JOHNSTON and DONALD WALDEMARSEN,

Plaintiffs,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation, Successor-in-Interest to The Great Northern Railway Company,

Defendant.

CIVIL ACTION NO. 01-1565 JRT/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 6/11, 2004.

By ________________________
Mark J. Fellman, #28782
213 East Fourth Street, Suite 200
St. Paul, MN 55101
(651) 225-5600

SCANNED
JUN 2 8 2004
U.S. DISTRICT COURT ST. PAUL

John D. Roven (Texas ID No. 17327900)
ROVEN, KAPLAN & WELLS, LLP
2190 North Loop West, Suite 410
Houston, TX 77018
(713) 465-8522

*Attorneys for Plaintiffs*

Dated: 6/8, 2004.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Timothy K. Masterson, #203294
Attorneys for Defendant
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiffs against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED:

BY THE COURT [signature]

Charles R. Weiner
Judge Of U.S. District Court
6/14/2004

s:\derosier, larry\pleadings\stip dis.doc\tw