OAO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Larry Derosier, Frederick
Johnston and Donald Waldemarsen

V.

Burlington Northern and Santa Fe Railway
Company, a Delaware corporation, Successor-
in-Interest to the Great Northern Railway
Company

## JUDGMENT IN A CIVIL CASE

Case Number: CV04-1565 JRT/RLE

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the claims of plaintiffs against defendant brought under the above entitled action be and the same are hereby dismissed on the merits and without costs.

June 28, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk